IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

        Plaintiff,

-vs-                                                    Criminal Action No.
                                                      25-00061-01-CR-W-SRB

GENARO TORRES-RIZO,

        Defendant.

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGE**: Unlawful Re-entry by an Alien Previously Convicted of a Felony, *in violation of* 8 U.S.C. §§ 1326(a) and (b)(1)

**TRIAL COUNSEL**:
    Government: Kate Mahoney
    Case Agent:   HSI Special Agent Doug Bemiss
    Defense:      Angie Williams

**OUTSTANDING MOTIONS**:   None

**ANTICIPATED MOTIONS**:   None

**TRIAL WITNESSES**:
    Government:   2 without stipulations
    Defense:   No additional witnesses; Defendant will not testify

**TRIAL EXHIBITS**:
    Government:   10-15 exhibits
    Defense:   No additional exhibits

**DEFENSES**:
    ( x )   defense of general denial
    (   )   defenses of general denial and _____

**POSSIBLE DISPOSITION**:
    (   ) Definitely for trial                (   ) Possibly for trial
    ( x ) Motion to continue to be filed,    ( x ) Likely a plea will be worked out
        depending on plea date

**TRIAL TIME**: **1 ½ days**
      Government's case including jury selection:   1 day
      Defense case:   ½ day

**STIPULATIONS**:
      ( )   not likely
      ( )   not appropriate
      ( x )   likely as to:
            ( )   chain of custody
            ( )   chemist's reports
            ( )   prior felony conviction
            ( )   interstate nexus of firearm
            ( x )   business records

**UNUSUAL QUESTIONS OF LAW**:   None

**FILING DEADLINES:**

      **Witness and Exhibit Lists**:
      Government:   November 17, 2025
      Defense: November 17, 2025
      **Counsel are requested to list witnesses in alphabetical order on their witness list.**

      **Exhibit Index, Voir Dire, Jury Instructions**:   November 17, 2025
      **Jury instructions must comply with Local Rule 51.1**

      **Motions in Limine**:   November 17, 2025

**TRIAL SETTING**: Criminal jury trial docket commencing December 1, 2025
      **Please note**:   *The Government requests the first week of the docket due to having another matter on the December docket in which the second week has been requested (*<u>USA v. Syed M. Makki</u>*, 24-00200-01-CR-W-DGK).*

**OTHER**:
      ( x )   A Spanish-speaking interpreter is required.
      ( )   Other assistive devices: _____

      **IT IS SO ORDERED.**

                                      */s/ Jill A. Morris*
                                      JILL A. MORRIS
                                      United States Magistrate Judge